

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 10/3/18

United States District Court
Western District of Washington

Re: The Comphy Co. v. Amazon.com, Inc.

USDC Case Number: 18cv4584

Dear Clerk:

Pursuant to the order entered by Honorable **Matthew F. Kennelly**, on 9/20/2018, the above record was

    x☐    electronically transmitted to Western District of Washington

    ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ Gregory Young
           Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016