# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:18–cv–04584

| | |
|---|---|
| The Comphy Co. v. Amazon.com, Inc. | Date Filed: 07/02/2018 |
| Assigned to: Honorable Matthew F. Kennelly | Date Terminated: 09/20/2018 |
| Cause: 15:1114 Trademark Infringement | Jury Demand: Both |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The Comphy Co.**  represented by  **Steven P. Fallon**
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606
(312) 360–0080
Email: sfallon@gbc.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson M. Martin**
Greer, Burns & Crain Ltd.
300 S. Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 360–0080
Email: amartin@gbc.law
*ATTORNEY TO BE NOTICED*

**Haylee Hurst**
Brownlie Wolf & Lee, LLP
230 E. Champion St.
Bellingham, WA 98225
(360) 676–0306
Email: haylee@bellinghamlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com, Inc.**  represented by  **Bradford P. Lyerla**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923–2613
Email: blyerla@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Unikowsky**
Jenner & Block, Llp
1099 New York Ave, Nw
Washington, DC 20001
(617) 990–7636
Email: aunikowsky@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley Marie Schumacher**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
312 840 8672
Email: aschumacher@jenner.com
*ATTORNEY TO BE NOTICED*

**Joseph Gratz**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
415 362 6666
Email: jgratz@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vera Ranieri**
Durie Tangri LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362–6666
Email: VRanieri@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2018 | Ï 1 | COMPLAINT filed by The Comphy Co.; Jury Demand. Filing fee $ 400, receipt number 0752–14657475. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Fallon, Steven) (Entered: 07/02/2018) |
| 07/02/2018 | Ï 2 | CIVIL Cover Sheet (Fallon, Steven) (Entered: 07/02/2018) |
| 07/02/2018 | Ï 3 | ATTORNEY Appearance for Plaintiff The Comphy Co. by Steven P. Fallon (Fallon, Steven) (Entered: 07/02/2018) |
| 07/02/2018 | Ï 4 | ATTORNEY Appearance for Plaintiff The Comphy Co. by Allyson M. Martin (Martin, Allyson) (Entered: 07/02/2018) |
| 07/02/2018 | Ï 5 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Comphy Co. (Fallon, Steven) (Entered: 07/02/2018) |
| 07/02/2018 | Ï 6 | Notice of Claims Involving Trademarks by The Comphy Co. (Fallon, Steven) (Entered: 07/02/2018) |

| | | |
|---|---|---|
| 07/02/2018 |  | CASE ASSIGNED to the Honorable Matthew F. Kennelly. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (dal, ) (Entered: 07/02/2018) |
| 07/03/2018 |  | SUMMONS Issued as to Defendant Amazon.com, Inc. (kb, ) (Entered: 07/03/2018) |
| 07/03/2018 | 7 | MAILED trademark report to Patent Trademark Office, Alexandria VA (ew, ) (Entered: 07/03/2018) |
| 07/03/2018 | 8 | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (ew, ) (Entered: 07/03/2018) |
| 07/03/2018 | 9 | SUMMONS Returned Executed by The Comphy Co. as to Amazon.com, Inc. on 7/3/2018, answer due 7/24/2018. (Martin, Allyson) (Entered: 07/03/2018) |
| 07/22/2018 | 10 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–14728051. (Unikowsky, Adam) (Entered: 07/22/2018) |
| 07/22/2018 | 11 | NOTICE of Motion by Adam Unikowsky for presentment of motion to appear pro hac vice 10 before Honorable Matthew F. Kennelly on 7/31/2018 at 09:30 AM. (Unikowsky, Adam) (Entered: 07/22/2018) |
| 07/22/2018 | 12 | ATTORNEY Appearance for Defendant Amazon.com, Inc. by Ashley Marie Schumacher (Schumacher, Ashley) (Entered: 07/22/2018) |
| 07/22/2018 | 13 | ATTORNEY Appearance for Defendant Amazon.com, Inc. by Bradford P. Lyerla (Lyerla, Bradford) (Entered: 07/22/2018) |
| 07/22/2018 | 14 | Corporate Disclosure Statement by Amazon.com, Inc. (Lyerla, Bradford) (Entered: 07/22/2018) |
| 07/22/2018 | 15 | MOTION by Defendant Amazon.com, Inc. for extension of time to file answer regarding complaint, 1 */ or to otherwise respond (unopposed)* (Lyerla, Bradford) (Entered: 07/22/2018) |
| 07/22/2018 | 16 | NOTICE of Motion by Bradford P. Lyerla for presentment of motion for extension of time to file answer 15 before Honorable Matthew F. Kennelly on 7/31/2018 at 09:30 AM. (Lyerla, Bradford) (Entered: 07/22/2018) |
| 07/24/2018 | 17 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion of Adam Unikowsky to appear pro hac vice 10 is granted. Defendant's unopposed motion for extension of time 15 is granted; response to complaint is to be filed by 8/21/2018. (mk) (Entered: 07/24/2018) |
| 07/31/2018 | 18 | MINUTE entry before the Honorable Matthew F. Kennelly: Initial status hearing is set to 9:00 a.m. on 8/29/2018 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov/home/JUDGES/KENNELLY/INIT–ORD.htm. A completed copy of Appendix A to the Local Patent Rules, including a listing of actual dates corresponding to the due dates contained in the Local Patent Rules, is to be filed by 8/27/2018. (mk) (Entered: 07/31/2018) |
| 08/10/2018 | 19 | MINUTE entry before the Honorable Matthew F. Kennelly: The order of 7/31/2018 is vacated to the extent it required compliance with the Local Patent Rules. (mk) (Entered: 08/10/2018) |
| 08/21/2018 | 20 | MOTION by Defendant Amazon.com, Inc. to transfer case (Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 21 | NOTICE of Motion by Bradford P. Lyerla for presentment of motion to transfer case 20 before Honorable Matthew F. Kennelly on 8/29/2018 at 09:30 AM. (Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 22 | MEMORANDUM by Amazon.com, Inc. in support of motion to transfer case 20 (Lyerla, Bradford) (Entered: 08/21/2018) |

| | | |
|---|---|---|
| 08/21/2018 | 23 | DECLARATION of Adam G. Unikowsky regarding motion to transfer case 20 / *Declaration of Adam G. Unikowsky in Support of Motion to Transfer* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 24 | DECLARATION of Angel Azcarraga regarding motion to transfer case 20 / *Declaration of Angel Azcarraga in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 25 | DECLARATION of Mike Frampton regarding motion to transfer case 20 / *Declaration of Mike Frampton in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 26 | DECLARATION of Mike James regarding motion to transfer case 20 / *Declaration of Mike James in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/21/2018 | 27 | ANSWER to Complaint with Jury Demand by Amazon.com, Inc.(Lyerla, Bradford) (Entered: 08/21/2018) |
| 08/22/2018 | 28 | MOTION by Plaintiff The Comphy Co. for protective order (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 29 | MOTION by Plaintiff The Comphy Co. for leave to file excess pages (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 30 | MOTION by Plaintiff The Comphy Co. for leave to file *under seal* (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 31 | MOTION by Plaintiff The Comphy Co. for preliminary injunction (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 32 | MEMORANDUM by The Comphy Co. in support of motion for preliminary injunction 31 *(Redacted Version)* (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 33 | SEALED DOCUMENT by Plaintiff The Comphy Co. *Memorandum in Support of Motion for Entry of Preliminary Injunction* (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 34 | AFFIDAVIT of Mia Richardson regarding memorandum in support of motion 32 *(Redacted Version)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z)(Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 35 | SEALED DOCUMENT by Plaintiff The Comphy Co. *Affidavit of Mia Richardson* (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 36 | SEALED EXHIBIT by Plaintiff The Comphy Co. *Exhibits B, Y, Z to Affidavit of Mia Richardson* regarding affidavit,, 34 (Attachments: # 1 Exhibit B, # 2 Exhibit Y, # 3 Exhibit Z)(Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 37 | DECLARATION of John King regarding memorandum in support of motion 32 *(Redacted Version)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 38 | SEALED DOCUMENT by Plaintiff The Comphy Co. *Declaration of John King* (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | 39 | SEALED EXHIBIT by Plaintiff The Comphy Co. *Exhibits A, E, G, H to the Declaration of John King* (Attachments: # 1 Exhibit A, # 2 Exhibit E, # 3 Exhibit G, # 4 Exhibit H)(Fallon, Steven) (Entered: 08/22/2018) |

| | | |
|---|---|---|
| 08/22/2018 | ï40 | DECLARATION of Kelly−Ann Jeffcoat regarding memorandum in support of motion 32 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | ï41 | AFFIDAVIT of Haylee Hurst regarding memorandum in support of motion 32 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | ï42 | DECLARATION of Michael Shinn regarding memorandum in support of motion 32 (Fallon, Steven) (Entered: 08/22/2018) |
| 08/22/2018 | ï43 | NOTICE of Motion by Steven P. Fallon for presentment of motion for preliminary injunction 31 , motion for leave to file 30 , motion for leave to file excess pages 29 , motion for protective order 28 before Honorable Matthew F. Kennelly on 8/29/2018 at 09:30 AM. (Fallon, Steven) (Entered: 08/22/2018) |
| 08/23/2018 | ï44 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−14863939. (Gratz, Joseph) (Entered: 08/23/2018) |
| 08/23/2018 | ï45 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−14864010. (Ranieri, Vera) (Entered: 08/23/2018) |
| 08/27/2018 | ï46 | MOTION by Defendant Amazon.com, Inc. to supplement *its Memorandum of Law in Support of Amazon.com, Inc.'s Motion to Transfer* (Attachments: # 1 Exhibit 1)(Lyerla, Bradford) (Entered: 08/27/2018) |
| 08/27/2018 | ï47 | NOTICE of Motion by Bradford P. Lyerla for presentment of motion to supplement 46 before Honorable Matthew F. Kennelly on 8/30/2018 at 09:30 AM. (Lyerla, Bradford) (Entered: 08/27/2018) |
| 08/28/2018 | ï48 | MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the status hearing set for 8/29/2018 is moved to 9:30 AM on that date. (mk) (Entered: 08/28/2018) |
| 08/28/2018 | ï49 | MINUTE entry before the Honorable Matthew F. Kennelly: The applications of Joseph Gratz and Vera Ranieri to appear pro hac vice are both granted. Defendant's motion for leave to file a supplemental memorandum in support of its motion to transfer is denied. Defendant may, if it wishes, file a single, revised memorandum in support of its motion to transfer, which must be within the 15 page limit. Defendant should be prepared to advise the Court at the hearing on 8/29/2018 whether it wishes to pursue this course, and if so the Court will strike the original memorandum and give defendant leave to file, in short order, a revised memorandum. (mk) (Entered: 08/28/2018) |
| 08/29/2018 | ï50 | SEALED DOCUMENT by Plaintiff The Comphy Co. *Affidavit of Mia Richardson* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z)(Fallon, Steven) Modified to create linkage to 32 on 8/30/2018 (pjg, ). (Entered: 08/29/2018) |
| 08/29/2018 | ï51 | SEALED DOCUMENT by Plaintiff The Comphy Co. *Declaration of John King* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Fallon, Steven) Modified to create linkage to 32 on 8/30/2018 (pjg, ). (Entered: 08/29/2018) |
| 08/29/2018 | ï52 | MEMORANDUM by Amazon.com, Inc. in support of motion to transfer case 20 *(Amended)* (Lyerla, Bradford) (Entered: 08/29/2018) |
| 08/29/2018 | ï53 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 8/29/2018. Motion for leave to file excess pages 29 and motion to file under seal 30 are granted. Motion to transfer case 20 is stricken and is to be replaced by an amended memorandum due |

| | | |
|---|---|---|
| | | 8/30/2018; response due by 9/6/2018; reply by 9/13/2018; status hearing and ruling set for 9/20/2018 at 9:30 a.m. Parties are to discuss motion for protective order 28 . Parties are directed to confer regarding discovery regarding preliminary injunction and to file a joint status report by 9/5/2018. Additional status hearing set for 9/6/2018 at 9:30 a.m. Mailed notice. (pjg, ) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 54 | MOTION by Defendant Amazon.com, Inc. to transfer case *(Amended)* (Lyerla, Bradford) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 55 | MEMORANDUM by Amazon.com, Inc. in support of motion to transfer case 54 *(Amended)* (Lyerla, Bradford) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 56 | DECLARATION of Adam G. Unikowsky regarding motion to transfer case 54 */ Declaration of Adam G. Unikowsky in Support of Motion to Transfer* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Lyerla, Bradford) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 57 | DECLARATION of Angel Azcarraga regarding motion to transfer case 54 */ Declaration of Angel Azcarraga in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 58 | DECLARATION of Mike Frampton regarding motion to transfer case 54 */ Declaration of Mike Frampton in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/30/2018) |
| 08/30/2018 | Ï 59 | DECLARATION of Mike James regarding motion to transfer case 54 */ Declaration of Mike James in Support of Motion to Transfer* (Lyerla, Bradford) (Entered: 08/30/2018) |
| 09/05/2018 | Ï 60 | STATUS Report *pursuant to this Court's August 29, 2018 Order* 53 *(Joint)* by The Comphy Co. (Fallon, Steven) (Entered: 09/05/2018) |
| 09/06/2018 | Ï 61 | RESPONSE by The Comphy Co.in Opposition to MOTION by Defendant Amazon.com, Inc. to transfer case *(Amended)* 54 (Attachments: # 1 Declaration of Rhyan Lopez, # 2 Exhibit A)(Fallon, Steven) (Entered: 09/06/2018) |
| 09/06/2018 | Ï 62 | NOTICE by The Comphy Co. re response in opposition to motion 61 (Fallon, Steven) (Entered: 09/06/2018) |
| 09/06/2018 | Ï 63 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 9/6/2018. Response to motion for preliminary injunction 31 due by 10/11/2018; reply due by 10/22/2018. The 9/20/2018 status hearing remains for ruling on defendant's motion to transfer. Mailed notice. (pjg, ) (Entered: 09/06/2018) |
| 09/10/2018 | Ï 64 | REPLY by Amazon.com, Inc. to response in opposition to motion 61 (Lyerla, Bradford) (Entered: 09/10/2018) |
| 09/19/2018 | Ï 65 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−14963524. (Hurst, Haylee) (Entered: 09/19/2018) |
| 09/20/2018 | Ï 66 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and ruling on motion hearing held on 9/20/2018. Motion to appear pro hac vice 65 is granted. Motion to transfer case 54 is granted. Case is transferred to the Western District of Washington. Civil case terminated. Mailed notice. (pjg, ) (Entered: 09/20/2018) |
| 10/03/2018 | Ï 67 | TRANSFERRED to the Western District of Washington the electronic record. (gcy, ) (Entered: 10/03/2018) |