UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. C18-1460 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME AND EXTENSION TO FILE LIMITED MOTION FOR RECONSIDERATION |

THIS MATTER having come before the Court pursuant to Plaintiff The Comphy Co.'s ("Comphy Co.") Motion for Enlargement of Time and Extension to File Limited Motion for Reconsideration (Dkt. #107),

IT IS HEREBY ORDERED AND ADJUDGED that the motion is GRANTED.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED as follows:

Comphy Co. is granted an extension until April 5, 2019, to file a limited motion for reconsideration of this Court's Order Denying Plaintiff's Motion for Preliminary Injunction and Granting in Part Defendant's Motion to File Under Seal (Dkt. #105).

//

//

ORDER

DATED this 27th day of March 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Mark J. Lee*
_____
Mark J. Lee, WSBA #19339
Haylee J. Hurst, WSBA #51406
of Brownlie Wolf & Lee, LLP
Attorneys for Plaintiff The Comphy Co.