The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 2:18-cv-01460-RSM <br><br> STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION |

## **STIPULATION**

All parties, by and through their respective counsel of record, stipulate and move the Court as follows:

1. On March 12, 2019, the Court entered an Order Denying Plaintiff's Motion for a Preliminary Injunction and Granting in Part Defendant's Motion to File Under Seal (Dkt. #105).

2. On March 26, 2019, Plaintiff The Comphy Co. ("Comphy") timely moved to extend its deadline to file a motion for reconsideration of that Order on the ground that the parties had begun communicating about potential resolution of their dispute (Dkt. #107). Defendant Amazon.com, Inc. ("Amazon") did not oppose Comphy's motion. On March 27,

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 1
4810-5198-9140v.1 0051461-002219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2019, the Court granted Comphy's motion and extended the deadline by which Comphy could file a motion for reconsideration until April 5, 2019 (Dkt. #109).

3. On April 5, 2019, Comphy filed its motion for reconsideration (Dkt. #110).

4. On April 8, 2019, the Court entered a Minute Order directing Amazon to file a response to Comphy's motion for reconsideration by no later than April 22, 2019 (Dkt. #111).

5. The parties have continued to exchange communications about potential resolution of their dispute. If the parties are able to reach a resolution, it will eliminate the need for Amazon to file a response to Comphy's motion for reconsideration, and for the Court to consider and decide the motion.

6. The parties respectfully submit that a brief, two-week extension of Amazon's deadline to respond to Comphy's motion for reconsideration will best conserve the parties' and the Court's limited resources. The parties do not seek this extension for purposes of delay or for any other improper purpose; rather, they seek this extension solely to further their progress toward a potential resolution of their dispute.

7. Accordingly, the parties stipulate and jointly request that the Court extend Amazon's deadline to respond to Comphy's motion for reconsideration, from April 22, 2019, until May 6, 2019.

8. Pursuant to LCR 10(g), a proposed order is included below.

DATED this 19th day of April, 2019.

DAVIS WRIGHT TREMAINE LLP

By /s/ James Harlan Corning
Bonnie E. MacNaughton, WSBA #36110
Zana Bugaighis, WSBA #43614
James Harlan Corning, WSBA #45177
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: bonniemacnaughton@dwt.com
zanabugaighis@dwt.com
jamescorning@dwt.com

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 2
4810-5198-9140v.1 0051461-002219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Joseph C. Gratz (*pro hac vice*) |
| 2 | Vera Ranieri (*pro hac vice*) |
|   | DURIE TANGRI LLP |
| 3 | 217 Leidesdorff Street |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 362-6666 |
|   | Fax: (415) 236-6300 |
| 5 | E-mail:  jgratz@durietangri.com |
| 6 |           vranieri@durietangri.com |

*Attorneys for Defendant Amazon.com, Inc.*

– **and** –

GREER BURNS & CRAIN LTD

By */s/  \*Steven P. Fallon*
    Steven P. Fallon (*pro hac vice*)
    Allyson M. Martin (*pro hac vice*)
    300 S. Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    Telephone: (312) 360-0080
    Fax: (312) 360-9315
    E-mail:  sfallon@gbc.law
             amartin@gbc.law

Mark J. Lee, WSBA #19339
Haylee J. Hurst, WSBA #51406
BROWNLIE WOLF & LEE, LLP
230 E. Champion Street
Bellingham, Washington 98225
Telephone: (360) 676-0306
Fax: (360) 676-8058
E-mail:  mark@bellinghamlegal.com
         haylee@bellinghamlegal.com

*Attorneys for Plaintiff The Comphy Co.*

\* Signature authorized by email on April 19, 2019

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 3
4810-5198-9140v.1 0051461-002219

**ORDER**

IT IS SO ORDERED.

DATED THIS 22 day of April 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 4
4810-5198-9140v.1 0051461-002219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax