The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>               Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>               Defendant. | No. 2:18-cv-01460-RSM<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION |

## **STIPULATION**

All parties, by and through their respective counsel of record, stipulate and move the Court as follows:

1. On March 12, 2019, the Court entered an Order Denying Plaintiff's Motion for a Preliminary Injunction and Granting in Part Defendant's Motion to File Under Seal (Dkt. #105).

2. On March 26, 2019, Plaintiff The Comphy Co. ("Comphy") timely moved to extend its deadline to file a motion for reconsideration of that Order on the ground that the parties had begun communicating about potential resolution of their dispute (Dkt. #107). Defendant Amazon.com, Inc. ("Amazon") did not oppose Comphy's motion. On March 27,

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2019, the Court granted Comphy's motion and extended the deadline by which Comphy could file a motion for reconsideration until April 5, 2019 (Dkt. #109).

3. On April 5, 2019, Comphy filed its motion for reconsideration (Dkt. #110).

4. On April 8, 2019, the Court entered a Minute Order directing Amazon to file a response to Comphy's motion for reconsideration by no later than April 22, 2019 (Dkt. #111).

5. On April 19, 2019, the parties filed a Stipulated Motion to Extend Defendant' Deadline to Respond to Plaintiff's Motion for Reconsideration by two-weeks (Dkt. #112).

6. On April 22, 2019, the Court entered an Order extending Amazon's response deadline by two weeks, from April 22, 2019 to May 6, 2019 (Dkt. #113).

7. The parties have continued to exchange communications about potential resolution of their dispute. If the parties are able to reach a resolution, it will eliminate the need for Amazon to file a response to Comphy's motion for reconsideration, and for the Court to consider and decide the motion.

8. The parties respectfully submit that an additional one-week extension of Amazon's deadline to respond to Comphy's motion for reconsideration will best conserve the parties' and the Court's limited resources. The parties do not seek this extension for purposes of delay or for any other improper purpose; rather, they seek this extension solely to further their progress toward a potential resolution of their dispute.

9. Accordingly, the parties stipulate and jointly request that the Court extend Amazon's deadline to respond to Comphy's motion for reconsideration, from April 22, 2019, until May 6, 2019.

10. Pursuant to LCR 10(g), a proposed order is included below.

///

///

///

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    DATED this 3rd day of May, 2019.

2

                            DAVIS WRIGHT TREMAINE LLP

3

                            By */s/ Zana Z. Bugaighis*

4                                Bonnie E. MacNaughton, WSBA #36110
                               Zana Z. Bugaighis, WSBA #43614

5                                James Harlan Corning, WSBA #45177
                               920 Fifth Avenue, Suite 3300

6                                Seattle, Washington 98104-1610

7                                Telephone: (206) 622-3150
                               Fax: (206) 757-7700

8                                E-mail:  bonniemacnaughton@dwt.com

9                                          zanabugaighis@dwt.com
                                         jamescorning@dwt.com

10                              Joseph C. Gratz (*pro hac vice*)

11                              Vera Ranieri (*pro hac vice*)
                             DURIE TANGRI LLP

12                              217 Leidesdorff Street
                             San Francisco, California 94111

13                              Telephone: (415) 362-6666

14                              Fax: (415) 236-6300
                             E-mail:    jgratz@durietangri.com

15                                          vranieri@durietangri.com

16                              *Attorneys for Defendant Amazon.com, Inc.*

17

                                     – and –

18

19                              GREER BURNS & CRAIN LTD

20                              By */s/ Steven P. Fallon*
                               Steven P. Fallon (*pro hac vice*)

21                              Allyson M. Martin (*pro hac vice*)

22                              300 S. Wacker Drive, Suite 2500
                             Chicago, Illinois 60606

23                              Telephone: (312) 360-0080

24                              Fax: (312) 360-9315
                             E-mail:  sfallon@gbc.law

25                                        amartin@gbc.law

26

27

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Mark J. Lee, WSBA #19339
Haylee J. Hurst, WSBA #51406
BROWNLIE WOLF & LEE, LLP
230 E. Champion Street
Bellingham, Washington 98225
Telephone: (360) 676-0306
Fax: (360) 676-8058
E-mail: mark@bellinghamlegal.com
haylee@bellinghamlegal.com

*Attorneys for Plaintiff The Comphy Co.*

\* Signature authorized by email on May 3, 2019

**ORDER**

IT IS SO ORDERED.

DATED THIS 6 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE TO
RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax