The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>              Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>              Defendant. | No. 2:18-cv-01460-RSM<br><br>THIRD STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION |

## **STIPULATION**

All parties, by and through their respective counsel of record, stipulate and move the Court as follows:

1. On March 12, 2019, the Court entered an Order Denying Plaintiff's Motion for a Preliminary Injunction and Granting in Part Defendant's Motion to File Under Seal (Dkt. #105).

2. On March 26, 2019, Plaintiff The Comphy Co. ("Comphy") timely moved to extend its deadline to file a motion for reconsideration of that Order on the ground that the parties had begun communicating about potential resolution of their dispute (Dkt. #107). Defendant Amazon.com, Inc. ("Amazon") did not oppose Comphy's motion. On March 27,

THIRD STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE
TO RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2019, the Court granted Comphy's motion and extended the deadline by which Comphy could file a motion for reconsideration until April 5, 2019 (Dkt. #109).

3. On April 5, 2019, Comphy filed its motion for reconsideration (Dkt. #110).

4. On April 8, 2019, the Court entered a Minute Order directing Amazon to file a response to Comphy's motion for reconsideration by no later than April 22, 2019 (Dkt. #111).

5. On April 19, 2019, the parties filed a Stipulated Motion to Extend Defendant' Deadline to Respond to Plaintiff's Motion for Reconsideration by two-weeks (Dkt. #112).

6. On April 22, 2019, the Court entered an Order extending Amazon's response deadline by two weeks, from April 22, 2019 to May 6, 2019 (Dkt. #113).[1]

7. The parties have continued to exchange communications about potential resolution of their dispute. If the parties are able to reach a resolution, it will eliminate the need for Amazon to file a response to Comphy's motion for reconsideration, and for the Court to consider and decide the motion.

8. The parties respectfully submit that an additional one-week extension of Amazon's deadline to respond to Comphy's motion for reconsideration will best conserve the parties' and the Court's limited resources. The parties do not seek this extension for purposes of delay or for any other improper purpose; rather, they seek this extension solely to further their progress toward a potential resolution of their dispute.

9. Accordingly, the parties stipulate and jointly request that the Court extend Amazon's deadline to respond to Comphy's motion for reconsideration, from May 6, 2019, until May 13, 2019.

10. Pursuant to LCR 10(g), a proposed order is included below.

///

---

[1] The Parties' Second Stipulated Motion erroneously listed the current deadlines, which was mirrored in the Court's Order of May 6, 2019 (Dkt. #115). The parties now request the Court extend the deadline by one week from the first extended deadline—from May 6, 2019 to May 13, 2019.

THIRD STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE
TO RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 6th day of May, 2019.

                                         DAVIS WRIGHT TREMAINE LLP

                                         By */s/ Zana Z. Bugaighis*
                                             Bonnie E. MacNaughton, WSBA #36110
                                             Zana Z. Bugaighis, WSBA #43614
                                             James Harlan Corning, WSBA #45177
                                             920 Fifth Avenue, Suite 3300
                                             Seattle, Washington 98104-1610
                                             Telephone: (206) 622-3150
                                             Fax: (206) 757-7700
                                             E-mail:  bonniemacnaughton@dwt.com
                                                                          zanabugaighis@dwt.com
                                                                          jamescorning@dwt.com

                                             Joseph C. Gratz (*pro hac vice*)
                                             Vera Ranieri (*pro hac vice*)
                                             DURIE TANGRI LLP
                                             217 Leidesdorff Street
                                             San Francisco, California 94111
                                             Telephone: (415) 362-6666
                                             Fax: (415) 236-6300
                                             E-mail:    jgratz@durietangri.com
                                                                  vranieri@durietangri.com

                                             *Attorneys for Defendant Amazon.com, Inc.*


                                                      – and –


                                          GREER BURNS & CRAIN LTD

                                          By */s/ Steven P. Fallon*
                                             Steven P. Fallon (*pro hac vice*)
                                             Allyson M. Martin (*pro hac vice*)
                                             300 S. Wacker Drive, Suite 2500
                                             Chicago, Illinois 60606
                                             Telephone: (312) 360-0080
                                             Fax: (312) 360-9315
                                             E-mail:  sfallon@gbc.law
                                                              amartin@gbc.law

THIRD STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE
TO RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Mark J. Lee, WSBA #19339
Haylee J. Hurst, WSBA #51406
BROWNLIE WOLF & LEE, LLP
230 E. Champion Street
Bellingham, Washington 98225
Telephone: (360) 676-0306
Fax: (360) 676-8058
E-mail:   mark@bellinghamlegal.com
          haylee@bellinghamlegal.com

*Attorneys for Plaintiff The Comphy Co.*

\* Signature authorized by email on May 6, 2019

## **ORDER**

IT IS SO ORDERED.

DATED THIS 7 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

THIRD STIPULATED MOTION & ORDER TO EXTEND DEF.'S DEADLINE
TO RESPOND TO PLF.'S MOT. FOR RECONSIDERATION
(No. 2:18-cv-01460-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax