The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　Defendant. | No. 2:18-cv-01460-RSM<br><br>NOTICE OF SETTLEMENT AND STIPULATED MOTION AND ORDER TO STAY |

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**<u>STIPULATION</u>**

1. After diligent negotiations, the parties have reached a tentative agreement on multiple settlement terms and are in the process of preparing a written settlement agreement.

2. The parties request that the Court strike all remaining deadlines and stay this matter for 30 days to permit the parties to effectuate certain portions of the settlement agreement.

3. At the conclusion of the stay, the parties will file a joint status report or stipulated motion to dismiss.

NOTICE OF SETTLEMENT AND STIPULATED MOTION
AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 10th day of May, 2019.

DAVIS WRIGHT TREMAINE LLP

By */s/ Zana Z. Bugaighis*
    Bonnie E. MacNaughton, WSBA #36110
    Zana Z. Bugaighis, WSBA #43614
    James Harlan Corning, WSBA #45177
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  bonniemacnaughton@dwt.com
              zanabugaighis@dwt.com
              jamescorning@dwt.com

    Joseph C. Gratz (*pro hac vice*)
    Vera Ranieri (*pro hac vice*)
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, California 94111
    Telephone: (415) 362-6666
    Fax: (415) 236-6300
    E-mail:    jgratz@durietangri.com
              vranieri@durietangri.com

*Attorneys for Defendant Amazon.com, Inc.*

– and –

BROWNLIE WOLF & LEE, LLP

By: */s/ Mark J. Lee*
    Mark J. Lee, WSBA #19339
    Haylee J. Hurst, WSBA #51406
    230 E. Champion Street
    Bellingham, Washington 98225
    Telephone: (360) 676-0306
    Fax: (360) 676-8058
    E-mail:   mark@bellinghamlegal.com
               haylee@bellinghamlegal.com

NOTICE OF SETTLEMENT AND STIPULATED MOTION
AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Steven P. Fallon (*pro hac vice*) |
| 2 | Allyson M. Martin (*pro hac vice*) |
| | GREER BURNS & CRAIN LTD |
| 3 | 300 S. Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| 4 | Telephone: (312) 360-0080 |
| | Fax: (312) 360-9315 |
| 5 | E-mail: sfallon@gbc.law |
| | amartin@gbc.law |

Steven P. Fallon (*pro hac vice*)
Allyson M. Martin (*pro hac vice*)
GREER BURNS & CRAIN LTD
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Fax: (312) 360-9315
E-mail:  sfallon@gbc.law
         amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*

\*Signature authorized by email on May 10, 2019

**ORDER**

IT IS SO ORDERED.

DATED THIS 13 day of May 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT AND STIPULATED MOTION
AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax