The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO., <br><br>                 Plaintiff, <br><br>       v. <br><br> AMAZON.COM, INC., <br><br>                 Defendant. | No. 2:18-cv-01460-RSM <br><br> THIRD STIPULATED MOTION TO STAY AND ORDER TO STAY |

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following stipulation and request that the Court enter the proposed subjoined order:

## **STIPULATION**

1.  The parties are continuing to exchange settlement drafts and refine the final terms of a tentative written settlement agreement.

2.  The parties request that the Court stay this matter for an additional 30 days to permit the parties to attempt to finalize settlement terms and a written settlement agreement.

3.  At the conclusion of the stay, the parties will file a joint status report or stipulated motion to dismiss.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 12th day of July, 2019.

DAVIS WRIGHT TREMAINE LLP

By */s/ Zana Z. Bugaighis*
    Bonnie E. MacNaughton, WSBA #36110
    Zana Z. Bugaighis, WSBA #43614
    James Harlan Corning, WSBA #45177
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  bonniemacnaughton@dwt.com
            zanabugaighis@dwt.com
            jamescorning@dwt.com

    Joseph C. Gratz (*pro hac vice*)
    Vera Ranieri (*pro hac vice*)
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, California 94111
    Telephone: (415) 362-6666
    Fax: (415) 236-6300
    E-mail:   jgratz@durietangri.com
            vranieri@durietangri.com

*Attorneys for Defendant Amazon.com, Inc.*

– and –

BROWNLIE WOLF & LEE, LLP

By */s/ Mark J. Lee*
    Mark J. Lee, WSBA #19339
    Haylee J. Hurst, WSBA #51406
    230 E. Champion Street
    Bellingham, Washington 98225
    Telephone: (360) 676-0306
    Fax: (360) 676-8058
    E-mail:   mark@bellinghamlegal.com
            haylee@bellinghamlegal.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Steven P. Fallon (*pro hac vice*)
Allyson M. Martin (*pro hac vice*)
GREER BURNS & CRAIN LTD
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Fax: (312) 360-9315
E-mail:   sfallon@gbc.law
             amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*


*Signature authorized by email on July 12, 2019

## **ORDER**

IT IS SO ORDERED.

DATED THIS 16 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

THIRD STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


DATED this 12th day of July, 2019.


/s/ Zana Z Bugaighis
Zana Z. Bugaighis, WSBA #43614

THIRD STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax