UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. C18-1460 RSM <br><br> FOURTH STIPULATED MOTION TO STAY AND ORDER TO STAY |

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**STIPULATION**

1. The parties are continuing to exchange settlement drafts and refine the final terms of a written settlement agreement. The parties have made significant progress on the form of the document, and there are only a handful of remaining issues to resolve.

2. The parties request that the Court stay this matter for an additional 30 days to permit the parties to attempt to finalize settlement terms and a written settlement agreement. The parties are cautiously optimistic that this will be the final request for an extension, and appreciate the Court's patience in this regard.

FOURTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. At the conclusion of the stay, the parties will file a joint status report or stipulated motion to dismiss.

DATED this 14th day of August, 2019.

DAVIS WRIGHT TREMAINE LLP

By */s/ Zana Z. Bugaighis*
Bonnie E. MacNaughton, WSBA #36110
Zana Z. Bugaighis, WSBA #43614
James Harlan Corning, WSBA #45177
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: bonniemacnaughton@dwt.com
zanabugaighis@dwt.com
jamescorning@dwt.com

Joseph C. Gratz (*pro hac vice*)
Vera Ranieri (*pro hac vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 362-6666
Fax: (415) 236-6300
E-mail: jgratz@durietangri.com
vranieri@durietangri.com

*Attorneys for Defendant Amazon.com, Inc.*

– and –

FOURTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | BROWNLIE WOLF & LEE, LLP |
| 2 | By */s/ Mark J. Lee* |
| | Mark J. Lee, WSBA #19339 |
| 3 | Haylee J. Hurst, WSBA #51406 |
| | 230 E. Champion Street |
| 4 | Bellingham, Washington 98225 |
| | Telephone: (360) 676-0306 |
| 5 | Fax: (360) 676-8058 |
| | E-mail: mark@bellinghamlegal.com |
| 6 | haylee@bellinghamlegal.com |

Steven P. Fallon (*pro hac vice*)
Allyson M. Martin (*pro hac vice*)
GREER BURNS & CRAIN LTD
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Fax: (312) 360-9315
E-mail: sfallon@gbc.law
  amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*

\*Signature authorized by email on August 14, 2019

## **ORDER**

IT IS SO ORDERED this 15th day of August 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FOURTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax