The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE COMPHY CO.,

          Plaintiff,

v.

AMAZON.COM, INC.,

          Defendant.

No. 2:18-cv-01460-RSM

FIFTH STIPULATED MOTION TO STAY AND ORDER TO STAY

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**STIPULATION**

1. The parties have exchanged what they believe to be the final or nearly final terms of a written settlement agreement.

2. The parties request that the Court stay this matter for an additional 30 days to permit each party to obtain approval for the final settlement terms and provide limited revisions, if necessary. This will be the parties' final request for an extension. The parties appreciate the Court's patience with these settlement negotiations.

FIFTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 12th day of September, 2019.

DAVIS WRIGHT TREMAINE LLP

By */s/ Zana Z. Bugaighis*
    Bonnie E. MacNaughton, WSBA #36110
    Zana Z. Bugaighis, WSBA #43614
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  bonniemacnaughton@dwt.com
              zanabugaighis@dwt.com

    Joseph C. Gratz (*pro hac vice*)
    Vera Ranieri (*pro hac vice*)
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, California 94111
    Telephone: (415) 362-6666
    Fax: (415) 236-6300
    E-mail:   jgratz@durietangri.com
              vranieri@durietangri.com

    *Attorneys for Defendant Amazon.com, Inc.*

**– and –**

FIFTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

BROWNLIE WOLF & LEE, LLP

By */s/ Steven P. Fallon*
   Mark J. Lee, WSBA #19339
   Haylee J. Hurst, WSBA #51406
   230 E. Champion Street
   Bellingham, Washington 98225
   Telephone: (360) 676-0306
   Fax: (360) 676-8058
   E-mail:   mark@bellinghamlegal.com
                haylee@bellinghamlegal.com

   Steven P. Fallon (*pro hac vice*)
   Allyson M. Martin (*pro hac vice*)
   GREER BURNS & CRAIN LTD
   300 S. Wacker Drive, Suite 2500
   Chicago, Illinois 60606
   Telephone: (312) 360-0080
   Fax: (312) 360-9315
   E-mail:   sfallon@gbc.law
               amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*

*Signature authorized by email on September 12, 2019

## **ORDER**

IT IS SO ORDERED.

DATED THIS day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FIFTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax