UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | No. 2:18-cv-01460-RSM<br><br>SIXTH STIPULATED MOTION TO STAY AND ORDER TO STAY |

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following stipulation and request that the Court enter the proposed subjoined order:

**<u>STIPULATION</u>**

1. Over the past 30 days the parties have attempted to finalize the few remaining settlement terms. Due to unforeseen circumstances, complications arose as to the remaining terms and the parties are continuing to negotiate the written settlement agreement. It appears that the parties have narrowed the scope of additional discussions to two isolated items. The parties are continuing to negotiate mutually agreeable terms on these two issues.

SIXTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. The parties request that the Court stay this matter for an additional 30 days to permit the parties to agree on and approve the final settlement terms. The parties appreciate the Court's patience with these settlement negotiations.

DATED this 15th day of October, 2019.

DAVIS WRIGHT TREMAINE LLP

By */s/ Zana Z. Bugaighis*
    Bonnie E. MacNaughton, WSBA #36110
    Zana Z. Bugaighis, WSBA #43614
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  bonniemacnaughton@dwt.com
               zanabugaighis@dwt.com

    Joseph C. Gratz (*pro hac vice*)
    Vera Ranieri (*pro hac vice*)
    DURIE TANGRI LLP
    217 Leidesdorff Street
    San Francisco, California 94111
    Telephone: (415) 362-6666
    Fax: (415) 236-6300
    E-mail:    jgratz@durietangri.com
                vranieri@durietangri.com

    *Attorneys for Defendant Amazon.com, Inc.*

– **and** –

SIXTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

BROWNLIE WOLF & LEE, LLP

By */s/ Mark J. Lee*
　　Mark J. Lee, WSBA #19339
　　Haylee J. Hurst, WSBA #51406
　　230 E. Champion Street
　　Bellingham, Washington 98225
　　Telephone: (360) 676-0306
　　Fax: (360) 676-8058
　　E-mail:　mark@bellinghamlegal.com
　　　　　　haylee@bellinghamlegal.com

　　Steven P. Fallon (*pro hac vice*)
　　Allyson M. Martin (*pro hac vice*)
　　GREER BURNS & CRAIN LTD
　　300 S. Wacker Drive, Suite 2500
　　Chicago, Illinois 60606
　　Telephone: (312) 360-0080
　　Fax: (312) 360-9315
　　E-mail:　sfallon@gbc.law
　　　　　　amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*

*Signature authorized by email on October 15, 2019

## ORDER

IT IS SO ORDERED this 23rd day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SIXTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax