The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COMPHY CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | No. 2:18-cv-01460-RSM<br><br>NINTH STIPULATED MOTION TO STAY AND ORDER TO STAY |

Plaintiff The Comphy Co. ("Comphy") and Defendant Amazon.com, Inc. ("Amazon) jointly present the following status report regarding settlement and stipulated request to stay:

**STIPULATION**

1. On May 10, 2019, the parties advised this Court they had reached a tentative agreement on settlement terms and were in the process of preparing a written settlement agreement. The parties requested that this matter be stayed for 30 days to permit settlement negotiations. This Court granted the order for stay, which has been extended in successive orders to date. At the end of each stay, the parties have agreed to either dismiss the case or file a status report. The parties now submit this status report on the status of settlement negotiations.

NINTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. Since initially stayed, the parties have engaged in extensive discussions over the terms of a final written settlement agreement, including the exchange of multiple written drafts of a settlement agreement. The parties believe that they are in the process of either agreeing to the final terms, or in the alternative, a potential deadlock.

3. The parties request that the Court stay this matter for an additional 30 days to permit the parties to agree on and approve the final settlement terms. At the conclusion of the stay, if the parties are not prepared to file a stipulation to dismiss the case or otherwise advise the Court that such action is imminent, then the parties request that the Court schedule a status conference. The parties appreciate the Court's patience with these settlement negotiations.

DATED this 14th day of February, 2020.

                          DAVIS WRIGHT TREMAINE LLP

                          By */s/ Zana Z. Bugaighis*
                              Bonnie E. MacNaughton, WSBA #36110
                              Zana Z. Bugaighis, WSBA #43614
                              920 Fifth Avenue, Suite 3300
                              Seattle, Washington 98104-1610
                              Telephone: (206) 622-3150
                              Fax: (206) 757-7700
                              E-mail: bonniemacnaughton@dwt.com
                                                zanabugaighis@dwt.com

                              Joseph C. Gratz (*pro hac vice*)
                              Vera Ranieri (*pro hac vice*)
                              DURIE TANGRI LLP
                              217 Leidesdorff Street
                              San Francisco, California 94111
                              Telephone: (415) 362-6666
                              Fax: (415) 236-6300
                              E-mail: jgratz@durietangri.com
                                                vranieri@durietangri.com

                              *Attorneys for Defendant Amazon.com, Inc.*

                                         – and –

NINTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

BROWNLIE WOLF & LEE, LLP

By */s/ Mark J. Lee*
    Mark J. Lee, WSBA #19339
    Haylee J. Hurst, WSBA #51406
    230 E. Champion Street
    Bellingham, Washington 98225
    Telephone: (360) 676-0306
    Fax: (360) 676-8058
    E-mail:   mark@bellinghamlegal.com
                  haylee@bellinghamlegal.com

    Steven P. Fallon (*pro hac vice*)
    Allyson M. Martin (*pro hac vice*)
    GREER BURNS & CRAIN LTD
    300 S. Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    Telephone: (312) 360-0080
    Fax: (312) 360-9315
    E-mail:   sfallon@gbc.law
                  amartin@gbc.law

*Attorneys for Plaintiff The Comphy Co.*

\*Signature authorized by email on February 14, 2020

## **ORDER**

IT IS SO ORDERED.

DATED THIS 18 day of February 2020.

                    _____
                    RICARDO S. MARTINEZ
                    CHIEF UNITED STATES DISTRICT JUDGE

NINTH STIPULATED MOTION TO STAY AND ORDER TO STAY
(No. 2:18-cv-01460-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax